CONTINENTAL CASUALTY COMPANY,
Plaintiff-Appellant,

v.

BENTON AND COMPANY, Inc., et al.,
Defendants-Appellees.

No. 71-1477.

United States Court of Appeals,
Fifth Circuit.

Sept. 30, 1971.

Harry Kemker, Trenam, Simmons, Kemker, Scharf & Barkin, Tampa, Fla., for plaintiff-appellant.

Leonard W. Cooperman, St. Petersburg, Fla., for defendant-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]

DES MOINES COUNTY FARM SERV-
ICE COMPANY, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 71-1153.

United States Court of Appeals,
Eighth Circuit.

Oct. 5, 1971.

Elmer M. Jones, Pryor, Riley, Jones & Walsh, Burlington, Iowa, John W. Carty, Winfield, Iowa, Robert J. Crane, Burlington, Iowa, for appellant.

Issie L. Jenkins, Atty., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Harry Baum, Attys., Tax Div., Dept. of Justice, Washington, D. C., for appellee; Allen L. Donielson, U. S. Atty., of counsel.

Before VOGEL, GIBSON and LAY, Circuit Judges.

PER CURIAM.

This is a suit instituted by Des Moines County Farm Service Company, a non-exempt (under Subchapter T of the Internal Revenue Code of 1954, 26 U.S.C. § 1381, et seq.) marketing and purchasing farmers cooperative organization seeking refunds on federal income taxes paid by it for fiscal years 1964 and 1965. The issue on appeal was stipulated by the parties as follows: "Whether in computing [taxpayer's] allowable patronage dividend deduction for federal income tax purposes, cash

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.